Certificate Number: 17082-PAE-DE-028714524

Bankruptcy Case Number: 16-18897



17082-PAE-DE-028714524

# C͟E͟R͟T͟I͟F͟I͟C͟A͟T͟E͟ O͟F͟ D͟E͟B͟T͟O͟R͟ E͟D͟U͟C͟A͟T͟I͟O͟N͟

I CERTIFY that on February 3, 2017, at 11:33 o'clock PM MST, MYUNG S HONG completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 3, 2017          By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director