United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18897-jkf
Myung Shin Hong                                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 1            Date Rcvd: May 19, 2017
                              Form ID: 318             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Myung Shin Hong,    1429 Bellevue Lane,    Souderton, PA 18964-2547
13846213        Citizens Bank Card Services,    PO Box 42010,    Providence, RI  02940-2010
13846214        Discover Bank,    PO Box 742655,    Cincinnati, OH  45274-2655
13846216        Jae Young Yum,    1429 Bellevue Ln,    Souderton, PA 18964-2547
13846217        Nationstar Mortgage,    c/o KML Law Group BNY Mellon Independenc,    701 Market St Ste 5000,
                 Philadelphia, PA  19106-1541
13869767       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13846219        Specialized Loan Servicing, LLC,    1429 Bellevue Ln,    Souderton, PA 18964-2547
13846221        Wells Fargo Bank,    PO Box 14529,    Des Moines, IA 50306-3529
13846222        Wells Fargo card services,    PO Box 5412,    Carol Stream, IL  60197-5412
13846212        chase cardmember service,    PO Box 1423,    Charlotte, NC  28201-1423
13846218        sears credit cards,    PO Box 9001055,    Louisville, KY  40290-1055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BTPDERSHAW.COM May 20 2017 00:53:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2017 01:04:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2017 01:05:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13846210        EDI: AMEREXPR.COM May 20 2017 00:53:00      American Express,    PO Box 1270,
                 Newark, NJ  07101-1270
13846211        EDI: BANKAMER.COM May 20 2017 00:53:00      Bank of America,    PO Box 15019,
                 Wilmington, DE  19886-5019
13846215        E-mail/Text: bankruptcy.bnc@ditech.com May 20 2017 01:04:33      DiTech,    PO Box 94710,
                 Palatine, IL  60094-4710
13846220        EDI: TFSR.COM May 20 2017 00:53:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL  60197-5855
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13846209        16-18897
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              STUART A. EISENBERG    on behalf of Debtor Myung Shin Hong mccullougheisenberg@gmail.com,
               mlawoffice@aol.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Myung Shin Hong**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2167**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **16–18897–jkf** | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Myung Shin Hong

5/18/17                                                                  **By the court:**  Jean K. FitzSimon
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**